GEORGE A. RAFTERY, Appellant, *v.* OLAF J. OLSEN, Respondent.

*Raftery* v. *Olsen*, 179 App. Div. 890, appeal dismissed.
(Argued November 12, 1917; decided November 20, 1917.)

MOTION to dismiss an appeal from a judgment entered July 16, 1917, upon an order of the Appellate Division of the Supreme Court in the first judicial department, overruling plaintiff's exceptions, ordered to be heard in the first instance by the Appellate Division, denying a motion for a new trial and directing judgment for defendant, dismissing the complaint in an action for services.

The motion was made upon the grounds that the decision of the Appellate Division was unanimous and that permission to appeal had not been obtained.

*Paul N. Turner* for motion.

*Hector M. Hitchings* opposed.

Motion granted and appeal dismissed, with costs and ten dollars costs of motion.